# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicholas D. Aune | Civil No. 09-0015 (JNE / SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| Cal Ludeman, Commissioner, Minnesota Department of Human Services; Dr. Sanne Magnan, Commissioner, Minnesota Department of Health, | |
| **Defendants.** | |

Nicholas D. Aune, 1111 Highway 73, Moose Lake, Minnesota 55101, Pro Se

Ricardo Figueroa, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1100, St. Paul, Minnesota 55101, for Defendants.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Judgment on the Pleadings (Doc. No. 23) is **GRANTED.**

Dated: January 8, 2010

s/ Joan N. Ericksen<br>
JOAN N. ERICKSEN<br>
United States District Judge